POWELL v. POWELL

No. 509PA94

Case below: 116 N.C.App. 360

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 8 December 1994.

POWELL v. S & G PRESTRESS CO.

No. 260A94

Case below: 114 N.C.App. 319

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rules 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 8 December 1994.

PURVIS v. BRYSON'S JEWELERS

No. 493P94

Case below: 115 N.C.App. 146

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 December 1994.

RAINTREE REALTY AND CONSTRUCTION v. KASEY

No. 517PA94

Case below: 116 N.C.App. 340

Petition by respondents (Wrights & Lincoln Service Corp.) for discretionary review pursuant to G.S. 7A-31 allowed 8 December 1994.

REAVIS v. ITT CONSUMER FINANCIAL CORP.

No. 521P94

Case below: 116 N.C.App. 138

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 December 1994.